# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Myers pka Jennifer L. Little<br>Kenneth V. Myers<br><u>Debtors</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation<br><u>Movant</u><br>vs. | NO. 1:12-bk-07090-MDF |
| Jennifer L. Myers pka Jennifer L. Little<br>Kenneth V. Myers<br><u>Debtors</u> | |
| Charles J. DeHart, III, Esq.<br><u>Trustee</u> | Nature of Proceeding: Motion for Relief |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; <u>both parties are attempting settlement.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: January 18, 2017 | **/s/ James C. Warmbrodt, Esquire**<br>James C. Warmbrodt, Esquire<br>Attorney I.D. No. 42524<br>jwarmbrodt@kmllawgroup.com<br>Attorney for Movant<br>BNY Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532<br>(215) 627-1322<br>Fax (215) 825-6406 |