```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                         Case No. 12-07090-MDF
Kenneth V Myers                                                Chapter 13
Jennifer L Myers
         Debtors            CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar              Page 1 of 1         Date Rcvd: Jan 19, 2017
                             Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db          Kenneth V Myers,    802 Old Quaker Road,    Lewisberry, PA  17339-9207
jdb        +Jennifer L Myers,   458 Woodward Drive,    Etters, PA 17319-8906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor Kenneth V Myers JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              James M Bach    on behalf of Joint Debtor Jennifer L Myers JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              Jeremy John Kobeski    on behalf of Creditor    Green Tree Servicing, LLC. pamb@fedphe.com
              Lorraine Gazzara Doyle    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP LDoyle@udren.com,
               vbarber@udren.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, NA, f/k/a Sovereign Bank
               jkacsur@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:**<br>KENNETH V MYERS<br>JENNIFER L MYERS<br>pka Jennifer L. Little, | | Chapter | 13 |
| | Debtor(s) | Case Number: | 1:12-bk-07090-MDF |
| TOYOTA MOTOR CREDIT CORPORATION, | | | |
| | Movant(s) | | |
| v | | | |
| KENNETH V MYERS<br>JENNIFER L MYERS<br>pka Jennifer L. Little and<br>CHARLES J. DEHART, III, ESQUIRE<br>(TRUSTEE), | | Document No.: | 66 |
| | Respondent(s) | Nature of Proceeding: | Motion for Relief from Automatic Stay |

## ORDER TO CONTINUE

Upon consideration of the Request to Continue Hearing with Concurrence ,

**IT IS HEREBY ORDERED THAT** the request is granted and the hearing is continued to February 21, 2017, at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: January 19, 2017

---

**Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.**

**Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).**

**Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.**

**Photo identification is required upon entering.**

MDPA-Order to Continue.WPT REV 03/16