```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 12-07090-RNO
Kenneth V Myers                                                     Chapter 13
Jennifer L Myers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Jul 14, 2017
                              Form ID: fnldec        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db              Kenneth V Myers,    802 Old Quaker Road,    Lewisberry, PA  17339-9207
jdb            +Jennifer L Myers,    458 Woodward Drive,    Etters, PA 17319-8906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor Kenneth V Myers JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach    on behalf of Joint Debtor Jennifer L Myers JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              Jeremy John Kobeski    on behalf of Creditor    Green Tree Servicing, LLC. pamb@fedphe.com
              Lorraine Gazzara Doyle    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP LDoyle@udren.com,
               vbarber@udren.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com, ahight@schillerknapp.com
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC. pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
              Thomas A. Capehart    on behalf of Creditor    Santander Bank, NA, f/k/a Sovereign Bank
               jkacsur@grossmcginley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kenneth V Myers<br>802 Old Quaker Road<br>Lewisberry, PA 17339−9207 | Chapter 13<br>Case No. 1:12−bk−07090−RNO |
| Jennifer L Myers<br>pka Jennifer L. Little<br>458 Woodward Drive<br>Etters, PA 17319 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1972
xxx−xx−7988

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 14, 2017

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk